UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AYALNEH DILNESSA,

    Plaintiff,

    v.

KELLY S. O'BRIEN, et al.,

    Defendants.

Case No. 23-cv-00850-JSW

**ORDER OF TRANSFER**

Plaintiff, an inmate in Butte County Jail proceeding pro se, has filed a civil rights complaint. Three Defendants are located in Butte County and one, Valley Medical Center, is located in Santa Clara County. The majority of the events giving rise to Plaintiff's claims took place in Butte County. Where an alternative forum with greater relation to the defendant or the action exists than the forum in which the action was filed, 28 U.S.C. § 1404(a) allows transfer of a case from one federal district court to another "[f]or the convenience of parties and witnesses, in the interest of justice." The Plaintiff, the majority of Defendants, and the preponderance of events giving rise to Plaintiff's claims took place in Butte County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, the Court finds the Eastern District to have a greater relation to the parties and to this action than the instant forum. Consequently, in the interest of justice and for the convenience of the parties, IT IS ORDERED that pursuant to 28 U.S.C. § 1404(a) this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: January 18, 2024

JEFFREY S. WHITE
United States District Judge