UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYALNEH DILNESSA, | No. 2:24-cv-00271-DAD-JDP (PC) |
| Plaintiff, | |
| v. | <u>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION</u> |
| KELLY S. O'BRIEN, et al., | |
| Defendants. | (Doc. No. 18) |

Plaintiff Ayalneh Dilnessa proceeds *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1985. (*See* Doc. No. 5 at 3.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action. (Doc. No. 18 at 3.) Specifically, plaintiff has failed to comply with the magistrate judge's order dated March 15, 2024 granting plaintiff thirty days to file an amended complaint. (*See* Doc. No. 16.) On July 11, 2024, the magistrate judge issued an order to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. (Doc. No. 17.)

/////

1

Plaintiff has not responded to the magistrate judge's order to show cause, nor has plaintiff filed an amended complaint.

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 18 at 3.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 8, 2024 (Doc. No. 18) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to comply with court orders and failure to prosecute this action; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 19, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2